IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT SZIJJARTO, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-04226 |
| | § | |
| KYLE McCARRELL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case was set for an initial pretrial conference on October 29, 2012. Counsel for the plaintiffs failed to appear or notify the court of his inability to do so. The defendants, who are both pro se, traveled to the courthouse to be present as ordered. No later than November 15, 2012, counsel for the plaintiffs must file a statement to show cause why this case should not be dismissed.

SIGNED on October 30, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge