IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT SZIJJARTO, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § § | CIVIL ACTION NO. H-11-4226 |
| KYLE McCARRELL AND DANTE FARIAS, dba Primal Concepts, | | |
| Defendants. | | |

## ORDER

On April 23, 2013, the plaintiffs withdrew their class action allegations, stated that the parties were attempting to settle. The plaintiffs also stated that they would provide the court with a status update within two weeks. No later than May 15, 2013, the parties must file a written status report on the status of settlement negotiations and of the efforts by defendant Primal Concepts to secure legal representation, now that the case is proceeding only as an individual claim.

SIGNED on May 10, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge