IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT SZIJJARTO, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-11-4226 |
| KYLE McCARRELL AND DANTE FARIAS, dba Primal Concepts, | § § § § | |
| Defendants. | § | |

**ORDER**

On **June 10, 2013, at 8:30 a.m.** the parties are to appear in Courtroom 11-B for a status conference. The parties may arrange with the case manager in advance to appear by telephone.

SIGNED on May 17, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge